JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

KATHERINE P. KEALOHA,
Petitioner,
v.
E. RICOLCOL, Warden,
Respondent.

Case No. 2:24-cv-9182-SPG-PVC

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED, and this action is DISMISSED WITHOUT PREJUDICE.

DATED: July 14, 2026

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE